**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ARROWPAC INCORPORATED, et al.

   Plaintiffs,

v.                                                     CASE NO.: 3:12-cv-1180-TJC-JBT

SEA STAR LINE, LLC, et al.

   Defendants.
_____/

MONDELÉZ INTERNATIONAL, INC. et al

   Plaintiffs,

v.                                                     CASE NO.: 3:12-cv-1181-TJC-JBT

SEA STAR LINE, LLC, et al.

   Defendants.
_____/

HOME DEPOT, U.S.A., INC. et al.

   Plaintiffs,

v.                                                     CASE NO.: 3:12-cv-1183-TJC-MCR

SEA STAR LINE, LLC, et al.

   Defendants.
_____/

**NOTICE OF WITHDRAWAL OF DEFENDANT
LEONARD H. SHAPIRO'S MOTION TO STAY PROCEEDINGS**

      Defendant, Leonard H. Shapiro, hereby gives notice of his withdrawal, without prejudice, of Defendant Leonard H. Shapiro's Motion to Stay Proceedings and Supporting

Memorandum of Law.

                                                **MURPHY & ANDERSON, P.A.**

                                                /s/ Geddes D. Anderson, Jr.
GEDDES D. ANDERSON, JR.
Florida Bar No.: 0138894
ganderson@murphyandersonlaw.com
DANIEL A. STOCKER
Florida Bar No.: 0086821
dstocker@murphyandersonlaw.com
1501 San Marco Boulevard
Jacksonville, Florida 32207
904-598-9282 (phone)
904-598-9283 (fax)
Attorneys for Leonard Shapiro

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on June 19, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send an electronic notice of electronic filing to all counsel of record.

                                                /s/ Geddes D. Anderson, Jr.
                                                ATTORNEY